No. 27053.

Court of Criminal Appeals of Texas.

June 23, 1954.

## GRAY v. STATE.

No. 27057.

Court of Criminal Appeals of Texas.

June 23, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of wine in a dry area; the punishment, 30 days in jail and a fine of $500.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.